UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS AQUINO-MORENO, Individually and on
Behalf of All Those Similarly Situated, SERGIO
GARCIA-GONZALEZ, FRANZ
SUAREZ-ROJAS, JAIRO
CORDOBA-RODRIGUEZ, RANGEL
EMANUEL DISLA, and EDGAR MIGUEL
HENRIQUE-MARTINEZ,

                            Plaintiffs,

               -against-

CONSOLIDATED SCAFFOLDING, INC. and
TOM BOWES, Jointly and Severally,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/20/2026

24 Civ. 9030 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of motions for settlement approval on behalf of Defendants and Plaintiffs Jairo Cordoba-Rodriguez, Franz Suarez-Rojas, and Luis Aquino-Moreno. *See* ECF Nos. 28–30. The settlement agreements each contemplate that Plaintiffs' counsel shall receive one-third of the total settlement amount, in accordance with the retainer agreement executed by Plaintiffs and counsel. *See* ECF No. 28 at 3; ECF No. 29 at 3; ECF No. 30 at 3. Accordingly, by **April 27, 2026**, Plaintiffs' counsel shall file copies of the retainer agreement(s) executed by Plaintiffs Cordoba-Rodriguez, Suarez-Rojas, and Aquino-Moreno for the Court's review.

           SO ORDERED.

Dated: April 20, 2026
           New York, New York

_____
           ANALISA TORRES
           United States District Judge