USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __4/30/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS AQUINO-MORENO, Individually and on
Behalf of All Those Similarly Situated, SERGIO
GARCIA-GONZALEZ, FRANZ
SUAREZ-ROJAS, JAIRO
CORDOBA-RODRIGUEZ, RANGEL
EMANUEL DISLA, and EDGAR MIGUEL
HENRIQUE-MARTINEZ,

          Plaintiffs,

      -against-

CONSOLIDATED SCAFFOLDING, INC. and
TOM BOWES, Jointly and Severally,

          Defendants.

24 Civ. 9030 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated April 20, 2026, the Court directed Plaintiffs' counsel to file copies of the retainer agreement(s) executed by Plaintiffs Cordoba-Rodriguez, Suarez-Rojas, and Aquino-Moreno for the Court's review by April 27, 2026. The Court received no submission. Accordingly, by **May 7, 2026**, Plaintiffs' counsel shall file copies of the retainer agreement(s), or, in the alternative, file a letter indicating that he will revise the basis of the request for attorney's fees in Plaintiffs' motions for settlement approval.

      SO ORDERED.

Dated: April 30, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge